UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SNOOKY RILEY, and**
**JENNIFER DILALLO,**

    Plaintiffs,

v.   No.  1:20-cv-00983-KWR-SCY

**MARY SPANGLER, in her individual capacity;**
**JASON BACA, in his individual capacity;**
**CHRISTY VIGIL, in her individual capacity;**
**DENISE GONZALES, in her individual capacity;**
**VICTOR ALDAZ, in his individual capacity;**
**VINCENT VIGIL, in his individual capacity;**
**LEON MARTINEZ, in his individual capacity;**
**JOHN GAY, in his individual capacity;**
**ALISHA TAFOYA LUCERO, in her individual capacity;**
**STATE OF NEW MEXICO, and its subsidiary entities;**
**NEW MEXICO CORRECTIONS DEPT.; and**
**WESTERN NEW MEXICO CORRECTIONAL FACILITY,**

    Defendants.

## AGREED ORDER OF DISMISSAL OF REMAINING DEFENDANTS

**THIS MATTER** came before the Court upon the *Stipulation of Dismissal* (**Doc. 125**) of the remaining Defendant Alisha Tafoya Lucero, General Secretary of the New Mexico Corrections Department.  The Court having considered the stipulation and finding it to be unopposed and jointly sought **FINDS THAT** the Stipulation is **WELL TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all remaining claims in the above-styled number and cause, be and hereby are **DISMISSED WITH PREJUDICE**. Each party **SHALL BEAR** its or their own costs and attorney fees.

**IT IS SO ORDERED.**

                                                                       _____
                                                                       KEA W. RIGGS
                                                                       UNITED STATES DISTRICT JUDGE

**RESPECTFULLY SUBMITTED:**

**HINKLE SHANOR LLP**

*/s/ Ann Cox Tripp*
Stephen S. Shanor
Chelsea R. Green
Ann Cox Tripp
Jeremy D. Angenend
P.O. Box 10
Roswell, NM 88202-0010
575-622-6510 / 575-623-9332 Fax
ssshanor@hinklelawfirm.com
cgreen@hinklelawfirm.com
atripp@hinklelawfirm.com
jangenend@hinklelawfirm.com
*Attorneys for Defendants*

**And**

**ACLU OF NEW MEXICO**

*Emailed Approval 12/13/2022 at 9:24am*
Lalita Moskowitz
Leon Howard
P.O. Box 566
Albuquerque, NM 87103
505- 266-5915 / 505- 266-5916 Fax
lmoskowitz@aclu-nm.org
lhoward@aclu-nm.org

and

Taylor E. Smith
**GARRETT LAW**
Cooperating Attorney for the ACLU-NM Foundation
6739 Academy Rd. NE Ste. 350
Albuquerque, NM 87109
505- 242-1920
Taylor.garrettlaw@gmail.com

*Attorneys for Plaintiffs*